UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE, | CASE NO. 2:24-cv-00618-JHC |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's "Ex Parte Motion for Court-Appointed Counsel, Extension of Time to Serve." Dkt. # 22.

The Court previously denied a motion by Plaintiff for Court-Appointed Counsel. Dkt. # 21. The Court DENIES the present motion for counsel for the same reasons. Furthermore, while Plaintiff claims "anxiety" due to an interaction with a deputy clerk at another court, his discussion regarding the substance of his claims reflects an ability to articulate his claims, which still do not seem complex.

ORDER - 1

The Court also DENIES Plaintiff's motion for extension of time to serve. Plaintiff has not established just cause for such an extension. Plaintiff commenced this action over six months ago. It was transferred to this Court over three months ago. Plaintiff has had plenty of time to seek counsel. And he still has time remaining to serve Defendants with process.

Dated this 23rd day of August, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2