UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT,<br><br>                Defendants. | CASE NO. 2:24-cv-00618-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Clerk is directed to strike the Notice of Appearance at Dkt. # 25 for failure to comply with LCR 83.1 ("An attorney eligible to appear may enter an appearance in a civil case by properly signing in accordance with the ECF Filing Procedures and filing a Notice of Appearance . . .") and LCR 83.2 (An attorney is eligible for admission to the bar of this court if he or she is (1) a member in good standing of the Washington State Bar, or (2) a member in good standing of the bar of any state and employed by the United States or one of its agencies in a professional capacity and who, while being so employed may have occasion to appear in this court on behalf of

MINUTE ORDER - 1

the United States or one of its agencies."). Damon White does not appear to be an attorney. The Ninth Circuit has "consistently held that a litigant cannot appear 'pro se' on behalf of another person. This rule applies even when a non-lawyer seeks to represent a family member who is a minor or incompetent." *Rosales v. Idaho Dep't of Health & Welfare*, No. 20-35668, 2022 WL 17749262, at *1 (9th Cir. Dec. 19, 2022).

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 29th day of August 2024.

Ravi Subramanian  
Clerk

/s/Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2