UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE,<br>               Plaintiff,<br><br>   v.<br><br>KING COUNTY SHERIFF'S OFFICE,<br>TYLER HUNT, JEFFERY PETRENCHAK,<br>ENRICO DONAGLIA, STEVEN MINTERS,<br>MITZI JOHANKNECHT,<br>               Defendants. | CASE NO. 2:24-cv-00618-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Clerk is directed to strike the Amended Complaint at Dkt. # 27 for failure to comply with Fed. R. Civ. P. 15(a)(2) and LCR 15. Plaintiff has already amended his complaint once as a matter of course at Dkt. # 4, thus Plaintiff "may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a).

(2) The Clerk is directed to strike the "Ex Parte Motion to Extend Time to Serve and Ex Parte Motion for Telephonic Conference Pursuant to LCR7(i)" at Dkt. # 28 for failure to comply with Fed. R. Civ. P. 11(a), LCR 10(e)(4), and LCR 11 because the pro se Plaintiff Killian White did not sign the motion.

MINUTE ORDER - 1

(3)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 4th day of September 2024.

Ravi Subramanian  
Clerk

/s/Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2