UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT,<br><br>Defendants. | CASE NO. 2:24-cv-00618-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. The Court DISMISSES this matter without prejudice for failure to timely serve Defendants with process, and for failure to show good cause for this lack of timely service. *See* Fed. R. Civ. P. 4(m); Dkt. ## 21, 23.

Dated this 4th day of September, 2024.

John H. Chun
United States District Judge

ORDER - 1