UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT,<br><br>Defendants. | CASE NO. 2:24-cv-00618-JHC<br><br>ORDER |

This matter comes before the Court sua sponte.  The Court VACATES its order at Dkt. # 30 and DIRECTS the Clerk to reopen the matter.

Dated this 4th day of September, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1