UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00618-JHC<br><br>ORDER |

　　This matter comes before the Court of Plaintiff's "Ex Parte Motion for Leave to File Second Amended Pleading." Dkt. # 33. The Court GRANTS the motion. Plaintiff may file his second amended complaint on or before September 16, 2024.

　　Dated this 6th day of September, 2024.

　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1