UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE, DAMON WHITE, | CASE NO. 2:24-cv-00618-JHC |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT, | |
| Defendants. | |
| MELISSA WHITE, ROGER WHITE, | CASE NO. 2:23-cv-01761-JHC |
| Plaintiffs, | |
| v. | |
| KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT, | |
| Defendants. | |

Two cases pending before the Court, 2:23-cv-01761-JHC and 2:24-cv-00618-JHC, appear to present overlapping factual and legal questions. They also have defendants in

ORDER - 1

common. Thus, the Court ORDERS the parties to submit briefing addressing whether the Court should consolidate these two cases. Each brief shall not exceed 2,100 words and shall be submitted on or before Friday, October 25, 2024.

Dated this 18th day of October, 2024.

John H. Chun
United States District Judge

ORDER - 2