```
___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

    DEC 27 2024     AC

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY
```

HONORABLE JOHN H CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Killian White,
Damon White, *In his capacity as agent of Killian White under Power of Attorney pursuant to RCW 11.125.340*

    Plaintiff

v.

King County Sheriff's Office, et al.

    Defendants.

No. 2:24-cv-00618-JHC

STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS REPSONSE TO DKT 57 AND ADJUSTMENT OF FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATEMENT AND [PROPOSED] ORDER

Noted for Determination on:

December 27, 2024

Plaintiffs together with Defendants hereby request for the leave of the Court to re-note and adjust the following deadlines:

1. Plaintiffs motion for leave to file Third amended pleading (Dkt. 57):

    a. Re-note Plaintiffs response to Jan. 27th, 2025.

    b. Defendants' response to Plaintiffs motion will be filed and served on January 17th, 2025 in accordance with LCR 7(d)(7).

---

Page 1 of 3
STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS REPSONSE TO DKT 57 AND ADJUSTMENT OF FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATEMENT AND [PROPOSED] ORDER
Case No.: 2:24-cv-00618-JHC

Damon White, (206)601-1126
31633 202nd Ave SE
Kent, WA 98042

2. Deadlines for FRCP 26(f) conference, Initial disclosures, and Joint status report imposed by Dkt. 56.

    a. Parties' FRCP 26(f) conference will occur by January 20th, 2025.

    b. Initial disclosures will be disclosed by February 3rd, 2025.

    c. Parties' Joint status report will be filed with the Court by February 10th, 2025.

I certify that this memorandum contains 112 words, in compliance with the Local Civil Rules.

IT IS SO STIPULATED.

DATED this 27th day of December 2024.

LEESA MANION
King County Prosecuting Attorney

By: _____
KARISSA L. TAYLOR, WSBA #31563
Senior Deputy Prosecuting Attorney
Attorney for Defendant King County
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Tel: (206) 477-1213/Fax: (206) 296-0191
Email: karissa.taylor@kingcounty.gov

By: _____
Killian White, Pro Se Plaintiff
Killian White
1315 E Gemini Dr
Tempe, AZ 85283
206-651-1050
Email: killiangagew@gmail.com

By: _____
Damon White, Pro Se Plaintiff,
*Agent of Killian White*
Damon White
31633 202nd Ave SE
Kent, WA 98042
206-601-1126
Email: Damon.c.white@Gmail.com

| STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS REPSONSE TO DKT 57 AND ADJUSTMENT OF FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATEMENT AND [PROPOSED] ORDER<br>Case No.: 2:24-cv-00618-JHC | Damon White, (206)601-1126<br>31633 202nd Ave SE<br>Kent, WA 98042 |
|---|---|

# ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised on the premises, now, therefore, it is hereby ORDERED that:

1. Defendant's response to Plaintiffs' motion for leave to file Third Amended Pleading (Dkt. 57) shall be filed Pursuant to LCR 7(d)(7) by 1/17/25.

2. Plaintiffs' reply to Defendants' response to Plaintiffs' motion for leave to file Third Amended Pleading (Dkt. 57) shall be filed by 1/27/25.

3. Parties' FRCP 26(f) deadline is 1/20/25.

4. Deadline for Initial disclosures 2/3/25.

5. Deadline for Parties' Joint status report is 2/10/25.

ENTERED this 30th day of December, 2024.

*John H. Chun*
The Honorable John H. Chun
United States District Judge

STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS REPSONSE TO DKT 57 AND ADJUSTMENT OF FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATEMENT AND [PROPOSED] ORDER
Case No.: 2:24-cv-00618-JHC

Damon White, (206)601-1126
31633 202nd Ave SE
Kent, WA 98042