UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE, DAMON WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFREY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT,<br><br>Defendants. | CASE NO. 2:24-cv-00618-JHC<br><br>ORDER |

Before the Court is Plaintiffs' Motion for Leave to File Third Amended Pleading. Dkt. # 57. Defendants did not file an opposition to the motion. *See generally* Dkt. The Court has reviewed the motion, the rest of the file, and the governing law. The Court GRANTS the motion. Plaintiffs' may file their Third Amended Complaint.

Dated this 27th day of January, 2025.

John H. Chun
United States District Judge

ORDER - 1