THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE, DAMON WHITE, | ) |
| | ) |
| Plaintiffs, | ) No. 2:24-cv-00618-JHC |
| | ) |
| vs. | ) ORDER |
| | ) |
| KING COUNTY SHERIFF'S OFFICE, TYLER HUNT, JEFFERY PETRENCHAK, ENRICO DONAGLIA, STEVEN MINTERS, MITZI JOHANKNECHT, | ) |
| | ) |
| Defendants. | ) |

Before the Court is Plaintiff's motion for judicial notice. Dkt. # 77. Presumably, Plaintiff submits the motion in connection with the pending motion to dismiss. Dkt. # 68. Defendants did not file an opposition to the motion. The Court considers this as an admission that the motion has merit. *See* LCR 7(b)(2). Thus, the Court GRANTS the motion.

DATED this 24th day of March, 2025.

_____
John H. Chun
United States District Judge

ORDER - 1