THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE, DAMON WHITE, | No. 2:24-cv-00618-JHC |
| Plaintiffs, | |
| vs. | ORDER |
| KING COUNTY SHERIFF'S OFFICE, et. al, | |
| Defendants. | |

Before the Court is King County Defendants' Motion to Extend time to file Reply to Plaintiff's Response to King County Defendants' Motion to Dismiss. Dkt. # 79. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and governing law. Being fully advised the Court GRANTS the motion. The Court ORDERS that King County Defendants had until March 14, 2025, to file their Reply.

DATED this 24th day of March, 2025.

_____
John H. Chun
United States District Judge

ORDER - 1