UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KILLIAN WHITE,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE et al.,<br><br>Defendants. | CASE NO. 2:24-cv-00618-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Leave to File Fourth Amended Pleading. Dkt. # 75. The motion is unopposed. *See* LCR 7(b)(2). The Court GRANTS the motion. Plaintiff may file his amended pleading on or before April 16, 2025. The Court STRIKES as moot Defendants' Motion to Dismiss. Dkt. # 68. Defendants may seek to file another motion to dismiss.

Dated this 2nd day of April, 2025.

John H. Chun
United States District Judge

ORDER - 1