THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| MELISSA WHITE, ROGER WHITE, | ) | No. 2:23-cv-01761-JHC |
| | ) | |
| Plaintiffs, | ) | STIPULATED MOTION FOR |
| | ) | CASE CONSOLIDATION AND |
| vs. | ) | ORDER CONTINUING TRIAL |
| | ) | DATE AND CASE DEADLINES |
| KING COUNTY SHERIFF'S OFFICE, | ) | AND AGREED ORDER |
| TYLER HUNT, JEFFREY PETRENCHAK, | ) | REGARDING PLAINTIFF'S |
| ENRICO DONAGLIA, STEVEN MINTERS, | ) | MOTION TO COMPEL |
| MITZI JOHANKNECHT, | ) | |
| | ) | *Noted for May 29, 2025* |
| Defendants. | ) | |
| | ) | |
| KILLIAN WHITE, DAMON WHITE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 2:24-cv-00618-JHC |
| vs. | ) | |
| | ) | |
| KING COUNTY SHERIFF'S OFFICE, TYLER | ) | |
| HUNT, JEFFERY PETRENCHAK, ENRICO | ) | |
| DONAGLIA, STEVEN MINTERS, MITZI | ) | |
| JOHANKNECHT, | ) | |
| Defendants. | ) | |
| | ) | |

STIPULATED MOTION FOR CASE CONSOLIDATION,
ORDER CONTINUING CASE DEADLINES, AND AGREEMENT
ON MOTION TO COMPEL
[23-cv-1761-JHC] [24-cv-0618-JHC] - 1


## I.     JOINT STIPULATED MOTIONS

**1. Regarding Consolidation of the two cases:**

For good cause shown and pursuant to LCR 16(b)(6), plaintiffs Melissa White, Roger White, Killian White and Damon White and defendants King County, Tyler Hunt, Jeffrey Petrenchak, Enrico Donaglia, Steven Minters, and Mitzi Johankneckt, respectfully and jointly move the Court for entry of an order consolidating both cases, referred to herein as the "Melissa White" case and the "Killian White" case. The parties jointly request that the Court issue a Case Scheduling Order that comports with the current deadlines in the Killian White matter, with the trial date currently set to commence on April 20, 2026 (as stated in the Honorable Court's Order in White, et al. v. King County, el al., WAWD No. 2:24-cv-00618-JHC at Dkt. 91) and to reset all remaining pre-trial deadlines.

Counsel for the parties and plaintiffs have been working cooperatively in discovery, have conferred and agree that good cause exists to consolidate the two cases now that Killian White has served King County Defendants.

With consolidation, the parties also agree to the following:

a) The Electronically Stored Information agreement ("ESI"), currently in place in the Melissa White matter, also applies to the Killian White matter.

b) Killian White agrees to strike all pending discovery, including Requests for Admissions, Requests for Productions, and Interrogatories. King County agrees that all discovery previously disclosed in the Melissa White case is relevant and

STIPULATED MOTION FOR CASE CONSOLIDATION,
ORDER CONTINUING CASE DEADLINES, AND AGREEMENT
ON MOTION TO COMPEL
[23-cv-1761-JHC] [24-cv-0618-JHC] - 2

applicable in the Killian White case, including Requests for Admissions, Requests for Productions, and Interrogatories.

**2. Regarding Plaintiff's Motion to Compel**

Plaintiffs of the Melissa White Case have filed a motion to compel documents contained in two privilege logs issued on April 23, 2025 and May 20, 2025, primarily containing emails pursuant to plaintiffs' Request for Production of Documents and Things Set Three. King County Defendants agrees that those emails, previously withheld and documented in the two privilege logs, are discoverable after review of the Court's order at Docket 92.

Pursuant to this agreement, Plaintiffs strike Dockets 97 and 98 as the issues have been resolved.

*I certify that this memorandum contains 341 words in compliance with Local Civil Rules.*

IT IS SO STIPULATED on May 29, 2025.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: _____[1]
KARISSA TAYLOR, WSBA #31563
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Tel: (206) 477-1213/Fax: (206) 296-0191
Karissa.taylor@kingcounty.gov
**Attorney for King County Defendants**

By: *s/ Melissa White (as per email authorization)*
Melissa White
Roger White
31633 202nd AVE SE
Kent, WA 98042
mlwhite2@protonmail.com
*Pro Se* **Plaintiffs**

---

[1] Signature included in the stipulated motion.

STIPULATED MOTION FOR CASE CONSOLIDATION,
ORDER CONTINUING CASE DEADLINES, AND AGREEMENT
ON MOTION TO COMPEL
[23-cv-1761-JHC] [24-cv-0618-JHC] - 3

By: *s/ Killian White (as per email authorization)*
Killian White
1315 E Gemini Dr.
Tempe, AZ 85283
killiangagew@gmail.com
*Pro Se* **Plaintiff**

By: *s/ Damon White (as per email authorization)*
Damon White
31633 202nd AVE SE
Kent, WA 98042
damon.c.white@gmail.com
*Pro Se* **Plaintiff**

**ORDER**

The Court having considered the foregoing stipulated motion and finding that good cause has been shown for the requested relief, the Court GRANTS the parties' stipulated motion.

Both cases are consolidated into cause number 2:23-cv-01761-JHC.  The case schedule for the consolidated matters shall be the current schedule in the Killian White matter, with trial to commence on April 20, 2026.  The filed ESI in the Melissa White case applies to the consolidated case.

In 2:23-cv-01761-JHC, the Court STRIKES the motions at Dkt. ## 97 and 98 as moot.

In 2:24-cv-00618-JHC, the Court STRIKES the motion at Dkt. # 95 as moot.

It is so ordered.

DONE THIS 29th day of May, 2025.

John H. Chun
United States District Judge

STIPULATED MOTION FOR CASE CONSOLIDATION,
ORDER CONTINUING CASE DEADLINES, AND AGREEMENT
ON MOTION TO COMPEL
[23-cv-1761-JHC] [24-cv-0618-JHC] - 4